IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ENOCK NYANYUKI, | § | |
| | § | No. 440, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2111008411 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: February 13, 2025
Decided: March 6, 2025

## ORDER

On January 28, 2025, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief by the filing deadline of January 14, 2025. Postal records show that the notice to show cause was delivered by February 3, 2025. A timely response to the notice to show cause was due by February 13, 2025. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice